UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Crim. No 20-MJ-1025 (PK) |
| vs. : | |
| MICHAEL MCMAHON, : | |
| Defendant. : | |

---

TO:   United States District Court
      EASTERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that the undersigned hereby enters appearance as counsel for the defendant, MICHAEL MCMAHON with regard to the above-captioned case.

/s/ *Brian J. Neary*
_____
BRIAN J. NEARY, ESQUIRE(8398)

*New Jersey Office:*
21 Main Street
Court Plaza South, East Wing
Hackensack, NJ 07601

*New York Office:*
30 Wall Street
8th Floor
New York, NY 10005

Tel.:   201-488-0544
Fax:   201-488-0240
Email: brianneary@rcn.com

Attorney for Defendant
MICHAEL MCMAHON